**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | Joint Administration Requested |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS
AND RELATED DOCUMENTS AND (II) HEARING ON FIRST DAY
MOTIONS SCHEDULED FOR APRIL 2, 2019 AT 1:30 P.M. (ET)**

PLEASE TAKE NOTICE that on April 1, 2019, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

PLEASE TAKE FURTHER NOTICE that in addition to filing the voluntary petitions, the Debtors filed the following first day motions and related documents (collectively, the "**First Day Motions**"):[2]

    A.    George F. Knight's Declaration in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 3 - filed April 1, 2019]

    B.    <u>First Day Motions</u>:

        1.    Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed April 1, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] The First Day Motions and other pleadings referenced herein are available online at the following address: www.omnimgt.com/HexionRestructuring.

RLF1 20960947v.1

2. Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Omni Management Group, Inc. as Claims and Noticing Agent for the Debtors [Docket No. 4 - filed April 1, 2019]

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 5 - filed April 1, 2019]

4. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed April 1, 2019]

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Renew Their Prepetition Insurance Programs and Pay All Obligations in Respect Thereof and (B) Maintain Their Premium Financing Program and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 7 - filed April 1, 2019]

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain Customer Programs and Honor Related Prepetition Obligations and (II) Granting Related Relief [Docket No. 8 - filed April 1, 2019]

7. Debtors' Motion for the Entry of Interim and Final Orders Establishing an Effective Date for Notice and Sell-Down Procedures for Transferring Claims Against the Debtors [Docket No. 9 - filed April 1, 2019]

8. Debtors' Motion for Entry of an Order (I) Enforcing Protections of Sections 362 and 525 of the Bankruptcy Code, and (II) Approving Notice to Customers, Suppliers, and Other Stakeholders of Debtors' Non-Debtor Global Affiliates [Docket No. 10 - filed April 1, 2019]

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 11 - filed April 1, 2019]

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 12 - filed April 1, 2019]

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Foreign Vendors and (II) Granting Related Relief [Docket No. 13 - filed April 1, 2019]

RLF1 20960947v.1

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Common Carriers, Warehouses, Toll Processors, Mechanics, and Freight Forwarders, (II) Authorizing Payment of Section 503(b)(9) Claims, and (III) Granting Related Relief [Docket No. 14 - filed April 1, 2019]

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts, (II) Waiving Certain United States Trustee Requirements, (III) Authorizing Continued Performance of Intercompany Transactions, and (IV) Granting Related Relief [Docket No. 15 - filed April 1, 2019]

14. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. TBD – to be filed April 1, 2019]

    a. Declaration of Randall S. Eisenberg in Support of the Debtors' Motion to Approve DIP Financing [Docket No. TBD – to be filed April 1, 2019]

    b. Declaration of Zul Jamal in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. TBD – to be filed April 1, 2019]

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for **April 2, 2019 at 1:30 p.m. (Eastern Time)** before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

3

RLF1 20960947v.1

Dated: April 1, 2019
Wilmington, Delaware

   */s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Fax:   (302) 651-7701
Email:   collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        schlauch@rlf.com

- and -

George A. Davis (*pro hac vice* pending)
Andrew M. Parlen (*pro hac vice* pending)
Hugh Murtagh (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864
Email:   george.davis@lw.com
        andrew.parlen@lw.com
        hugh.murtagh@lw.com

- and -

Caroline A. Reckler (*pro hac vice* pending)
Jason B. Gott (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:   (312) 876-7700
Facsimile:   (312) 993-9767
Email:   caroline.reckler@lw.com
        jason.gott@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*