**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Hexion Holdings LLC | : | Case No. 19-10684 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.  **The Bank of New York Mellon**, Attn: Elizabeth Slaby, 500 Ross St., 12th Floor, Pittsburgh, PA 15262, Phone: 412-236-5878

2.  **Southern Chemical Corporation**,  Attn: Mari Veldekens, 2 Northpoint Drive, Suite 975, Houston, TX 77060, Phone: 832-448-7100, Fax: 832-448-7137,

3.  **Mitsubishi Gas Chemical America, Inc.,** Attn: Mark Vassar, 655 Third Avenue, 19th Floor, New York, NY 10017, Phone: 770-363-1777; Fax: 404-266-2361

4.  **Sumitomo Corporation of Americas,** Attn: Kaitlyn Menefee, 840 Gessner, Suite 900, Houston, TX 77024, Phone: 713-580-9565, Fax: 713-653-8436

5.  **Agrium US, Inc.,** Attn: John Zummo, 1101 Skokie Boulevard, Suite 400, Northbrook, IL 60062, Phone: 847-849-4464, Fax: 847-849-4690

6.  **Pension Benefit Guaranty Corporation,** Attn: Thomas Taylor, 1200 K Street, N.W., Washington, D.C. 20005-4026, Phone: 202-326-4000, Ext. 6611, Fax: 202-380-2074

7.  **PVS Chloralkali, Inc.,** Attn: Jonathan Taub, 10900 Harper Avenue, Detroit, MI 48213, Phone: 313-924-2629, Fax: 313-921-1378

ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Linda Casey* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: April 10, 2019

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Collins, Esq., Phone: 302-651-7700, Fax: 302-651-7701