**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HEXION HOLDINGS LLC, *et al.*, | Case No. 19-10684 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel to Blue Cube Operations LLC ("Blue Cube"), in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), and pursuant to, *inter alia,* Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Cases be given to and served upon:

| | |
|---|---|
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile: (302) 425-5814<br>Email: mbusenkell@gsbblaw.com | David A. Sosne, Esq.<br>Summers Compton Wells LLC<br>8909 Ladue Road<br>St. Louis, Missouri 63124<br>Telephone: (314) 991-4999<br>Email: dsosne@summerscomptonwells.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

1

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of any person or entity as authorized agent of Blue Cube, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Blue Cube's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Blue Cube, is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*(Signature page to follow)*

| | |
|---|---|
| Dated: April 16, 2019<br>Wilmington, Delaware | GELLERT SCALI BUSENKELL & BROWN LLC<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Phone: (302) 425-5812<br>Fax: (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br><br>*and*<br><br>SUMMERS COMPTON WELLS LLC<br><br>David A. Sosne, Esq.<br>8909 Ladue Road<br>St. Louis, Missouri 63124<br>Telephone: (314) 991-4999<br>Email: dsosne@summerscomptonwells.com<br><br>*Attorneys for Blue Cube Operations LLC* |