**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 1, 2019 AT 2:00 P.M. (ET)[2]**

**I.   MATTER FILED UNDER CERTIFICATION:**

1. Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Proposed Debtor-in-Possession Financing Fee Letters [Docket No. 127 – filed April 4, 2019]

   Objection / Response Deadline:   April 24, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:   None to date.

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Proposed Debtor-in-Possession Financing Fee Letters [Docket No. 221 – filed April 29, 2019]

   Status: On April 29, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the May 1, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Tuesday, April 30, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 21128904v.1

## II.    MATTERS GOING FORWARD[3]:

2.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 5 - filed April 1, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.  Informal comments from the Official Committee of Unsecured Creditors (the "Committee")

    Related Documents:

    i.  Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 91 – entered April 2, 2019]

    ii. Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 110 – filed April 3, 2019]

    Status: The final hearing on this matter will go forward.

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 6 - filed April 1, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.  Informal comments from the Office of the United States Trustee (the "UST")

    B.  Informal comments from the Committee

    C.  Objection of Certain Utility Companies to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, and

---

[3] The Debtors believe they have resolved many of the informal comments received by various parties to the matters scheduled to go forward. To the extent such comments are resolved, the Debtors intend to file revised forms of order under certification of counsel prior to the hearing. Accordingly, such matters will only go forward at the hearing to the extent the Court has questions or concerns.

             (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 183 – filed April 19, 2019]

    D.    Joinder of Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC to the Objection of Certain Utility Companies to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 192 – filed April 24, 2019]

Related Documents:

    i.    Interim Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 96 – entered April 2, 2019]

    ii.    Notice of (A) Entry of Interim Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance and (B) Final Hearing Thereon [Docket No. 111 – filed April 3, 2019]

Status: The final hearing on this matter will go forward.

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Renew Their Prepetition Insurance Programs and Pay All Obligations in Respect Thereof and (B) Maintain Their Premium Financing Program and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 7 - filed April 1, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET); extended by agreement for Chubb to April 26, 2019 at 5:00 p.m. (ET)

Objections / Responses Received:

    A.    Informal comments from Chubb

    B.    Informal comments from the Committee

Related Documents:

  i. Interim Order (I) Authorizing the Debtors to (A) Maintain and Renew Their Prepetition Insurance Programs and Pay All Obligations in Respect Thereof and (B) Maintain their Premium Financing Program and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 95 – entered April 2, 2019]

  ii. Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Maintain and Renew Their Prepetition Insurance Programs and Pay All Obligations in Respect Thereof and (B) Maintain their Premium Financing Program and Pay All Obligations in Respect Thereof and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 116 – filed April 3, 2019]

 Status: The final hearing on this matter will go forward.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain Customer Programs and Honor Related Prepetition Obligations and (II) Granting Related Relief [Docket No. 8 - filed April 1, 2019]

 Objection / Response Deadline: April 24, 2019 at 4:00 p.m. (ET)

 Objections / Responses Received:

  A. Informal comments from the Committee

 Related Documents:

  i. Interim Order (I) Authorizing the Debtors to Maintain Customer Programs and Honor Related Prepetition Obligations and (II) Granting Related Relief [Docket No. 97 – entered April 2, 2019]

  ii. Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to Maintain Customer Programs and Honor Related Prepetition Obligations and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 117 – filed April 3, 2019]

 Status: The final hearing on this matter will go forward.

6. Debtors' Motion for the Entry of Interim and Final Orders Establishing an Effective Date for Notice and Sell-Down Procedures for Transferring Claims Against the Debtors [Docket No. 9 - filed April 1, 2019]

 Objection / Response Deadline: April 24, 2019 at 4:00 p.m. (ET)

 Objections / Responses Received:

  A. Informal comments from the Committee

Related Documents:

i. Interim Order Establishing an Effective Date for Notice and Sell-Down Procedures for Transferring Claims Against the Debtors [Docket No. 99 – filed April 2, 2019]

ii. Notice of (A) Entry of Interim Order Establishing an Effective Date for Notice and Sell-Down Procedures for Transferring Claims Against the Debtors and (B) Final Hearing Thereon [Docket No. 118 – filed April 3, 2019]

Status: The final hearing on this matter will go forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 11 - filed April 1, 2019]

Objection / Response Deadline: April 24, 2019 at 4:00 p.m. (ET); extended by agreement for Chubb to April 26, 2019 at 5:00 p.m. (ET)

Objections / Responses Received:

A. Informal comments from Chubb

B. Informal comments from the UST

C. Informal comments from the Committee

Related Documents:

i. Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 92 – entered April 2, 2019]

ii. Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 119 – filed April 3, 2019]

iii. Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and

     Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 189 – filed April 24, 2019]

  iv. Declaration of John Dempsey in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 216 – filed April 26, 2019]

  v. Declaration of George F. Knight in Support of the Debtors' Motion for Entry of an Order Approving the Key Employee Retention Program; and the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 217 – filed April 26, 2019]

 Status: The Debtors have resolved the informal comments of the UST. The final hearing on this matter will go forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 12 - filed April 1, 2019]

 Objection / Response Deadline: April 24, 2019 at 4:00 p.m. (ET)

 Objections / Responses Received:

 A. Informal comments from the UST

 B. Informal comments from the Committee

 Related Documents:

 i. Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 102 – entered April 2, 2019]

 ii. Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 120 – filed April 3, 2019]

 Status: The final hearing on this matter will go forward.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Foreign Vendors and (II) Granting Related Relief [Docket No. 13 - filed April 1, 2019]

   Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:

   A.   Informal comments from the Committee

   Related Documents:

   i.   Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Foreign Vendors and (II) Granting Related Relief [Docket No. 94 – entered April 2, 2019]

   ii.  Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Foreign Vendors and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 121 – filed April 3, 2019]

   Status: The final hearing on this matter will go forward.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Common Carriers, Warehouses, Toll Processors, Mechanics, and Freight Forwarders, (II) Authorizing Payment of Section 503(b)(9) Claims, and (III) Granting Related Relief [Docket No. 14 - filed April 1, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.   Informal comments from the Committee

    Related Documents:

    i.   Interim Order (I) Authorizing Payment of Prepetition Claims of Common Carriers, Warehouses, Toll Processors, Mechanics, and Freight Forwarders, (II) Authorizing Payment of Section 503(b)(9) Claims, and (III) Granting Related Relief [Docket No. 98 – entered April 2, 2019]

    ii.  Notice of (A) Entry of Interim Order (I) Authorizing Payment of Prepetition Claims of Common Carriers, Warehouses, Toll Processors, Mechanics, and Freight Forwarders, (II) Authorizing Payment of Section 503(b)(9) Claims, and (III) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 113 – filed April 3, 2019]

    Status: The final hearing on this matter will go forward.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts, (II) Waiving Certain United States Trustee Requirements, (III) Authorizing Continued Performance of Intercompany Transactions, and (IV) Granting Related Relief [Docket No. 15 - filed April 1, 2019]

    Objection / Response Deadline:   April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.   Informal comments from the Committee

    Related Documents:

    i.   Interim Order (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 88 – entered April 2, 2019]

    ii.  Notice of (A) Entry of Interim Order (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 112 – filed April 3, 2019]

    Status: The final hearing on this matter will go forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 62 - filed April 1, 2019]

    Objection / Response Deadline:   April 24, 2019 at 4:00 p.m. (ET); extended by agreement for Dallas County/Bexar County to April 26, 2019 at 4:00 p.m. (ET); extended by agreement for Chubb to April 26, 2019 at 5:00 p.m. (ET); extended by agreement for the Committee to April 27, 2019 at 12:00 noon (ET)

    Objections / Responses Received:

    A.   Informal comments from certain taxing authorities (the "Taxing Authority Comments")

    B.   McCulloch CAD's Objection to the Interim Order Under U.S.C. §§ 105,

361, 362, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 131 – filed April 5, 2019] (the "McCulloch Objection")

C. Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion Seeking Authority to Obtain Debtor in Possession Financing and Related Relief [Docket No. 218 – filed April 27, 2019]

Related Documents:

i. Declaration of Randall S. Eisenberg in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 63 – filed April 1, 2019]

ii. Declaration of Zul Jamal in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 64 – filed April 1, 2019]

iii. [FILED UNDER SEAL] Notice of Filing Confidential Proposed Debtor-in-Possession Financing Fee Letters Under Seal [Docket No. 77 – filed April 2, 2019]

iv. [REDACTED] Notice of Filing Confidential Proposed Debtor-in-Possession Financing Fee Letters Under Seal [Docket No. 78 – filed April 2, 2019]

v. Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 103 – entered April 2, 2019]

vi. Notice of (A) Entry of Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV)

>    Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) and (B) Final Hearing Thereon [Docket No. 114 – filed April 3, 2019]
>
> vii. Notice of Amendment to DIP Term Loan Agreement [Docket No. 166 – filed April 15, 2019]
>
> viii. Notice of (A) Entry of Interim DIP Order, (B) Deadline to Object of April 24, 2019 at 4:00 p.m. (Eastern Time) and (C) Final Hearing Scheduled for May 1, 2019 at 2:00 p.m. (Eastern Time) [Docket No. 173 – filed April 17, 2019]
>
> Status: The Debtors intend to file a reply to the Committee's limited objection prior to the hearing. The Debtors believe revisions to the proposed final order will resolve the Taxing Authority Comments and McCulloch Objection. The final hearing on this matter will go forward.

13. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 149 – filed April 10, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.   Informal comments from the UST

    Related Documents:   None to date.

    Status: The hearing on this matter will go forward.

14. Application of Debtors to Employ and Retain Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 150 – filed April 10, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.   Informal comments from the UST

    Related Documents:   None to date.

    Status: The hearing on this matter will go forward.

15. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 151 – filed April 10, 2019]

      Objection / Response Deadline:      April 24, 2019 at 4:00 p.m. (ET)

      Objections / Responses Received:

      A.      Informal comments from the UST

      Related Documents:    None to date.

      Status: The Debtors have resolved the informal comments of the UST. The hearing on this matter will go forward.

16. Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Omni Management Group, Inc. as Administrative Agent and (II) Granting Related Relief [Docket No. 153 – filed April 10, 2019]

      Objection / Response Deadline:      April 24, 2019 at 4:00 p.m. (ET)

      Objections / Responses Received:

      A.      Informal comments from the UST

      Related Documents:    None to date.

      Status: The Debtors have resolved the informal comments of the UST. The hearing on this matter will go forward.

17. Debtors' Application for an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014 and 2016(a), and Del. Bankr. L.R. 2014-1, 2016-1 and 2016-2 Authorizing Debtors to Employ and Retain PricewaterhouseCoopers LLP as Tax Advisor and Auditor Nunc Pro Tunc to Petition Date [Docket No. 154 – filed April 10, 2019]

      Objection / Response Deadline:      April 24, 2019 at 4:00 p.m. (ET)

      Objections / Responses Received:

      A.      Informal comments from the UST

      Related Documents:    None to date.

      Status: The Debtors have resolved the informal comments of the UST. The hearing on this matter will go forward.

18. Debtors' Motion for Entry of an Order Approving the Key Employee Retention Program [Docket No. 155 – filed April 10, 2019]

      Objection / Response Deadline:      April 24, 2019 at 4:00 p.m. (ET)

      Objections / Responses Received:

    A.    Informal comments from the UST

Related Documents:

    i.    Declaration of George F. Knight in Support of the Debtors' Motion for Entry of an Order Approving the Key Employee Retention Program; and the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Contracted Labor and (II) Granting Related Relief [Docket No. 217 – filed April 26, 2019]

Status: The Debtors have resolved the informal comments of the UST. The hearing on this matter will go forward.

19. Debtors' Motion for an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 174 – filed April 17, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Informal comments from the UST

Related Documents:   None to date.

Status: The Debtors have resolved the informal comments of the UST. The hearing on this matter will go forward.

20. Debtors' Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 175 – filed April 17, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None to date.

Related Documents:   None to date.

Status: The hearing on this matter will go forward.

21. Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 176 – filed April 17, 2019]

    Objection / Response Deadline:    April 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

A. Informal comments from the UST

<u>Related Documents</u>: None to date.

<u>Status</u>: The Debtors have resolved the informal comments of the UST. The hearing on this matter will go forward.

Dated: April 29, 2019
      Wilmington, Delaware

    */s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Fax:  (302) 651-7701
Email:  collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  george.davis@lw.com
      andrew.parlen@lw.com
      hugh.murtagh@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    caroline.reckler@lw.com
           jason.gott@lw.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*