# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 15, 2019 AT 3:00 P.M. (ET)[2]

**I.  WITHDRAWN MATTER:**

1. Debtors' Motion for Entry of an Order (A) Conditionally Establishing Deadline for Objections to Confirmation of Chapter 11 Plan and Setting Confirmation Hearing and (B) Approving Form and Manner of Notice of Plan Confirmation Hearing and Objection Deadline [Docket No. 204 – filed April 25, 2019]

    Objection / Response Deadline:  May 8, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.  Informal comments from the Office of the United States Trustee (the "UST")

    Related Documents:

    i.  Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 194 – filed April 24, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the May 15, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Tuesday, May 14, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

RLF1 21232911v.1

    ii.    Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Affiliated Debtors [Docket No. 195 – filed April 24, 2019]

    iii.    Notice of Withdrawal [Docket No. 332 - filed May 8, 2019]

Status: This matter has been withdrawn.

**II.  MATTER FILED UNDER CERTIFICATION:**

2.    Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information in Exhibit Attached to the Backstop Motion [Docket No. 207 – filed April 25, 2019]

Objection / Response Deadline: May 8, 2019 at 4:00 p.m. (ET)

Objections / Responses Received: None to date.

Related Documents:

    i.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Confidential Information in Exhibit Attached to the Backstop Motion [Docket No. 343 – filed May 13, 2019]

Status: On May 13, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

**III.  MATTERS GOING FORWARD:**

3.    Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Information Requirements Imposed by Local Rule 2016-2, and (II) Granting Related Relief [Docket No. 193 – filed April 24, 2019]

Objection / Response Deadline: May 8, 2019 at 4:00 p.m. (ET); extended by agreement for the UST to May 10, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Informal comments from the UST

Related Documents: None to date.

Status: The Debtors are working to resolve the informal comments of the UST

and hope to file a revised proposed form of order resolving the informal comments under certification of counsel prior to the hearing.

4. [FILED UNDER SEAL] Debtors' Motion for Entry of Orders (A) Approving Assumption of Restructuring Support Agreement, (B) Authorizing Entry Into and Performance Under Equity Backstop Agreement, and (C) Authorizing Entry Into and Performance Under Debt Backstop Agreement [Docket No. 197 – filed April 25, 2019]

    Objection / Response Deadline:   May 9, 2019 at 4:00 p.m. (ET); extended by agreement for the UST to May 10, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Informal comments received from the UST

    B. Informal comments received from the Official Committee of Unsecured Creditors (the "Committee")

    Related Documents:

    i. [REDACTED] Debtors' Motion for Entry of Orders (A) Approving Assumption of Restructuring Support Agreement, (B) Authorizing Entry Into and Performance Under Equity Backstop Agreement, and (C) Authorizing Entry Into and Performance Under Debt Backstop Agreement [Docket No. 198 – filed April 25, 2019]

    ii. Order Shortening the Notice Period and Waiving Local Rule 9006-1(c)(ii) with Respect to Debtors' Motion for Entry of Orders (A) Approving Assumption of Restructuring Support Agreement, (B) Authorizing Entry Into and Performance Under Equity Backstop Agreement, and (C) Authorizing Entry Into and Performance Under Debt Backstop Agreement [Docket No. 211 – entered April 26, 2019]

    Status: The Debtors are working to resolve the informal comments of the UST and the Committee and hope to file a revised proposed form of order resolving the informal comments under certification of counsel prior to the hearing.

Dated: May 13, 2019
Wilmington, Delaware

/s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
andrew.parlen@lw.com
hugh.murtagh@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: caroline.reckler@lw.com
jason.gott@lw.com

*Attorneys for the Debtors and Debtors in Possession*

4