**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 7, 2019 AT 2:00 P.M. (ET)[2]**

*PLEASE NOTE: THE HEARING WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, <u>COURTROOM 1</u>, WILMINGTON, DELAWARE 19801.*

I.  **MATTERS GOING FORWARD:**

1.  [FILED UNDER SEAL] Debtors' Motion for Order Authorizing Debtors to (A) Enter Into and Perform Under Commitment and Engagement Letters and Fee Letters Relating to the New Debt, (B) Pay Fees and Expenses in Connection Therewith, and (C) Provide Related Indemnities [Docket No. 472 – filed May 29, 2019]

    <u>Objection / Response Deadline</u>:   At the hearing.

    <u>Objections / Responses Received</u>:

    A.  Informal comments received from the Official Committee of Unsecured Creditors (the "<u>Committee</u>")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the June 7, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Thursday, June 6, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Related Documents:

i. [REDACTED] Debtors' Motion for Order Authorizing Debtors to (A) Enter Into and Perform Under Commitment and Engagement Letters and Fee Letters Relating to the New Debt, (B) Pay Fees and Expenses in Connection Therewith, and (C) Provide Related Indemnities [Docket No. 473 – filed May 30, 2019]

ii. [FILED UNDER SEAL] Notice of Filing Confidential Proposed Exit Financing Fee Letters Under Seal [Docket No. 474 – filed May 30, 2019]

iii. [REDACTED] Notice of Filing Confidential Proposed Exit Financing Fee Letters Under Seal [Docket No. 475 – filed May 30, 2019]

iv. Order Shortening the Notice and Objection Periods with Respect to (I) Debtors' Motion for Order Authorizing Debtors to (A) Enter Into and Perform Under Commitment and Engagement Letters and Fee Letters Relating to the New Debt, (B) Pay Fees and Expenses in Connection Therewith, and (C) Provide Related Indemnities; and (II) Debtors' Motion for Entry of an Order Authorizing (A) the Filing Under Seal of the Proposed Exit Financing Fee Letters and (B) the Redaction of Certain Portions of the Notes Engagement Letter Attached as an Exhibit to the Exit Financing Motion [Docket No. 481 – entered May 30, 2019]

v. Revised Notice of Motions and Hearing [Docket No. 485 – filed May 30, 2019]

vi. Notice of Filing Revised Proposed Order Authorizing Debtors to (A) Enter Into and Perform Under Commitment and Engagement Letters and Fee Letters Relating to the New Debt, (B) Pay Fees and Expenses in Connection Therewith, and (C) Provide Related Indemnities [Docket No. 511 – filed June 5, 2019]

Status:  The hearing on this matter will go forward.  The Debtors have resolved the informal comments received from the Committee.

2. Debtors' Motion for Entry of an Order Authorizing (A) the Filing Under Seal of the Proposed Exit Financing Fee Letters and (B) the Redaction of Certain Portions of the Notes Engagement Letter Attached as an Exhibit to the Exit Financing Motion [Docket No. 476 – filed May 30, 2019]

Objection / Response Deadline:  At the hearing.

Objections / Responses Received:    None to date.

Related Documents:

    i.    Order Shortening the Notice and Objection Periods with Respect to (I) Debtors' Motion for Order Authorizing Debtors to (A) Enter Into and Perform Under Commitment and Engagement Letters and Fee Letters Relating to the New Debt, (B) Pay Fees and Expenses in Connection Therewith, and (C) Provide Related Indemnities; and (II) Debtors' Motion for Entry of an Order Authorizing (A) the Filing Under Seal of the Proposed Exit Financing Fee Letters and (B) the Redaction of Certain Portions of the Notes Engagement Letter Attached as an Exhibit to the Exit Financing Motion [Docket No. 481 – entered May 30, 2019]

    ii.    Revised Notice of Motions and Hearing [Docket No. 487 – filed May 30, 2019]

<u>Status</u>:  The hearing on this matter will go forward.

Dated:  June 5, 2019
         Wilmington, Delaware

    /s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Fax:  (302) 651-7701
Email:  collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  george.davis@lw.com
      andrew.parlen@lw.com
      hugh.murtagh@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  caroline.reckler@lw.com
  jason.gott@lw.com

*Attorneys for the Debtors and Debtors in Possession*