**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 446** |
| | x | |

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR SECOND AMENDED JOINT
CHAPTER 11 PLAN OF REORGANIZATION OF HEXION HOLDINGS LLC AND ITS
DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on June 10, 2019, the debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed certain of the documents comprising the Plan Supplement for the *Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 446] (as amended, supplemented, or modified, the "**Plan**").[2]  The Plan Supplement is incorporated into the Plan by reference and is a part of the Plan as if set forth in full therein and has not yet been approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement will contain all of the following documents:

- **Exhibit A**: Rejected Executory Contract/Unexpired Lease List
- **Exhibit B**: Retained Causes of Action
- **Exhibit C**: Disclosures Regarding Directors and Officers
- **Exhibit D**: Restructuring Transactions Memorandum
- **Exhibit E**: New Organizational Documents
- **Exhibit F**: Settlement Note

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

- **Exhibit G**:  New Debt Documentation
- **Exhibit H**:  New Warrant Agreement (including the form of New Warrants)
- **Exhibit I**:  Transfer Agreement

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file additional documents as part of the Plan Supplement and reserve the right to further supplement the Plan and to modify, amend, or supplement any of the documents contained in the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER CONFIRMATION OF THE PLAN WILL BE HELD ON **JUNE 24, 2019 AT 10:00 A.M. (prevailing Eastern Time)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

2

Dated:  June 10, 2019
          Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Fax:          (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:        george.davis@lw.com
              andrew.parlen@lw.com
              hugh.murtagh@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:        caroline.reckler@lw.com
              jason.gott@lw.com

*Attorneys for the Debtors and Debtors in Possession*

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

**PLAN SUPPLEMENT FOR SECOND AMENDED JOINT**
**CHAPTER 11 PLAN OF REORGANIZATION OF HEXION HOLDINGS LLC AND**
**ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**[Related to Docket No. 446]**

**TABLE OF CONTENTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Rejected Executory Contract/Unexpired Lease List |
| B | Retained Causes of Action |
| C | Disclosures Regarding Directors and Officers |
| D | Restructuring Transactions Memorandum |
| E | New Organizational Documents |
| F | Settlement Note |
| G | New Debt Documentation |
| H | New Warrant Agreement (including the form of New Warrants) |
| I | Transfer Agreement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

RLF1 21397959v.1