# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 24, 2019 AT 10:00 A.M. (ET)[2]

**I.   RESOLVED MATTERS:**

1. Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Committee *Nunc Pro Tunc* to April 10, 2019 [Docket No. 351 – filed May 13, 2019]

   Objection / Response Deadline:  May 28, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:     None to date.

   Related Documents:

   i.   Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Committee *Nunc Pro Tunc* to April 10, 2019 [Docket No. 480 – filed May 30, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the June 24, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Friday, June 21, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

    ii.    Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Committee *Nunc Pro* Tunc to April 10, 2019 [Docket No. 484 – entered May 30, 2019]

    <u>Status</u>: On May 30, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.    Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to April 12, 2019 [Docket No. 353 – filed May 13, 2019]

    <u>Objection / Response Deadline</u>:  May 28, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:    None to date.

    <u>Related Documents</u>:

    i.    Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to April 12, 2019 [Docket No. 479 – filed May 30, 2019]

    ii.    Order Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to April 12, 2019 [Docket No. 483 – entered May 30, 2019]

    <u>Status</u>: On May 30, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.    Debtors' Application to Employ and Retain Ernst & Young LLP as Tax Advisors to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 444 – filed May 22, 2019]

    <u>Objection / Response Deadline</u>:  June 5, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:

    A.    Informal comments received from the Office of the United States Trustee (the "<u>U.S. Trustee</u>")

    <u>Related Documents</u>:

    i.    Supplemental Declaration of Joseph R. Robinson in Support of the Debtors' Application to Employ and Retain Ernst & Young LLP as Tax Advisors to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 809 – filed June 19, 2019]

    ii.    Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain Ernst & Young LLP as Tax Advisors *Nunc Pro Tunc* to the Petition Date [Docket No. 810 – filed June 19, 2019]

    iii.    Order Authorizing Debtors to Employ and Retain Ernst & Young LLP as Tax Advisors *Nunc Pro Tunc* to the Petition Date [Docket No. 817 – entered June 20, 2019]

Status: On June 20, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Debtors' Application for Entry of an Order Authorizing the Debtors Employ and Retain Squire Patton Boggs (US) LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 489 – filed May 30, 2019]

   Objection / Response Deadline:  June 13, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:  None to date.

   Related Documents:

   i.    Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Debtors Employ and Retain Squire Patton Boggs (US) LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 761 – filed June 17, 2019]

   ii.    Order Authorizing Debtors to Employ and Retain Squire Patton Boggs (US) LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 768 – entered June 18, 2019]

   Status: On June 18, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.   CONTESTED MATTERS GOING FORWARD:

5. Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to April 10, 2019 [Docket No. 349 – filed May 13, 2019]

   Objection / Response Deadline:  May 28, 2019 at 4:00 p.m. (ET); extended for the U.S. Trustee to June 5, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Objection of the United States Trustee to Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to April 10, 2019 [Docket No. 516 – filed June 5, 2019]

Related Documents:

i. Official Committee of Unsecured Creditors' Reply to Objection of the United States Trustee to Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to April 10, 2019 [Docket No. 811 – filed June 19, 2019]

Status: The hearing on this matter will go forward.

6. Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Schedules and Statements Under Seal [Docket No. 704 – filed June 12, 2019]

Objection / Response Deadline: June 20, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Informal comments received from the U.S. Trustee

Related Documents:

i. Order Shortening the Notice and Objection Periods with Respect to Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Schedules and Statements Under Seal [Docket No. 715 – entered June 13, 2019]

ii. Revised Notice of Motions and Hearing [Docket No. 723 – filed June 13, 2019]

Status: The hearing on this matter will go forward.

### III.  CONFIRMATION:

7.  Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code – Solicitation Version [Docket No. 446 – filed May 23, 2019]

    <u>Cure Disputes / Response Deadline</u>:  Notice at Docket No. 482: June 13, 2019 at 5:00 p.m. (ET); extended for certain parties

    Notice at Docket No. 614: June 24, 2019 at 10:00 a.m. (ET)

    <u>Cure Disputes / Responses</u>:

    a.  Informal comments received from certain parties as set forth on <u>Exhibit A</u> hereto.

    b.  Limited Objection of Airgas USA, LLC to the Notice to Contract and Lease Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, (B) Proposed Assumption of Executory Contracts and Unexpired Leases, (C) Proposed Cure Amounts, and (D) Non-Voting Status [Docket No. 636 – filed June 11, 2019]

        <u>Status</u>: The Debtors are working to resolve the objection prior to the hearing. To the extent the Debtors are unable to resolve the objection prior to the hearing, the hearing on the objection will be continued to a date to be determined.

    c.  Objection of Universal Plant Services, Inc. to Cure Amount Regarding Assumption of Two Construction Services Agreements [Docket No. 677 – filed June 12, 2019]

        <u>Status</u>: This matter has been resolved.

    d.  Objection and Reservation of Rights of Harima Chemicals, Inc., to Proposed Cure Amount [Docket No. 714 – filed June 13, 2019]

        i.  Notice of Filing of Exhibit to Objection and Reservation of Rights of Harima Chemicals, Inc., to Proposed Cure Amount [Docket No. 730 – filed June 13, 2019]

        <u>Status</u>: The Debtors are working to resolve the objection prior to the hearing. To the extent the Debtors are unable to resolve the objection prior to the hearing, the hearing on the objection will be continued to a date to be determined.

e. Limited Objection of Microsoft to Notice to Contract and Lease Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, (B) Proposed Assumption of Executory Contracts and Unexpired Leases, (C) Proposed Cure Amounts, and (D) Non-Voting Status [Docket No. 716 – filed June 13, 2019]

   Status: The Debtors are working to resolve the objection prior to the hearing. To the extent the Debtors are unable to resolve the objection prior to the hearing, the hearing on the objection will be continued to a date to be determined.

f. Objection of Johnson Controls Security Solutions LLC to Notice to Contract and Leases Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, (B) Proposed Assumption of Executory Contracts and Unexpired Leases, (C) Proposed Cure Amounts, and (D) Non-Voting Status [Docket No. 718 – filed June 13, 2019]

   Status: This matter has been resolved.

g. Objection of Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC to the Notice to Contract and Lease Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, (B) Proposed Assumption of Executory Contracts and Unexpired Leases, (C) Proposed Cure Amounts, and (D) Non-Voting Status [Docket No. 721 – filed June 13, 2019]

   Status: The Debtors are working to resolve the objection prior to the hearing. To the extent the Debtors are unable to resolve the objection prior to the hearing, the hearing on the objection will be continued to a date to be determined.

h. Limited Objection of CSX Transportation, Inc. to Debtor's Notice to Contract and Lease Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, (B) Proposed Assumption of Executory Contracts and Unexpired Leases, (C) Proposed Cure Amounts, and (D) Non-Voting Status [Docket No. 722 – filed June 13, 2019]

   Status: The Debtors are working to resolve the objection prior to the hearing. To the extent the Debtors are unable to resolve the objection prior to the hearing, the hearing on the objection will be continued to a date to be determined.

Confirmation Objection / Response Deadline: June 17, 2019 at 5:00 p.m. (ET); extended for the U.S. Trustee to June 20, 2019 at 10:00 a.m. (ET); extended for certain parties

Confirmation Objections / Responses Received:

A. Informal comments from AIG

Status: The informal comments have been resolved.

B. Informal comments from Liberty Mutual

Status: The informal comments have been resolved.

C. Informal comments from SAP America, Inc. and Concur Technologies, Inc.

Status: The informal comments have been resolved.

D. Informal comments from Univar USA, Inc.

Status: The informal comments have been resolved.

E. Informal comments from Texas Comptroller of Public Accounts

Status: The informal comments have been resolved.

F. Informal comments from Koch Sulfur Products

Status: The informal comments have been resolved with the inclusion of agreed language in the proposed form of Confirmation Order.

G. Informal comments from Omega Chemical PRP Group

Status: The informal comments have been resolved with the inclusion of agreed language in the proposed form of Confirmation Order.

H. Informal comments from U.S. Oil PRP Group

Status: The informal comments have been resolved with the inclusion of agreed language in the proposed form of Confirmation Order.

I. Informal comments from the United States of America

Status: The informal comments have been resolved with the inclusion of agreed language in the proposed form of Confirmation Order.

J. Response of Randy D. Merritt to Confirmation [Docket No. 675 – filed June 11, 2019]

Status: The hearing on this matter will go forward.

K. Louisiana Department of Environmental Quality's Limited Objection to Debtor's Second Amended Joint Chapter 11 Plan of Reorganization and Incorporated Memorandum [Docket No. 760 – filed June 17, 2019]

    i. Notice of Withdrawal of Louisiana Department of Environmental Quality's Limited Objection to Debtor's Second Amended Joint Chapter 11 Plan of Reorganization and Incorporated Memorandum [Docket No. 805 – filed June 18, 2019]

    <u>Status</u>: The Louisiana Department of Environmental Quality has withdrawn this objection. Accordingly, a hearing on this matter is no longer necessary.

L. Local Texas Tax Authorities' Objection to Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates [Docket No. 763 – filed June 17, 2019]

    <u>Status</u>: The Debtors understand that this matter has been resolved with the inclusion of agreed language in the proposed form of Confirmation Order.

M. Response of Melvin Gregory to Confirmation [Docket No. 764 – filed June 18, 2019]

    <u>Status</u>: The hearing on this matter will go forward.

N. Response of William Gray to Confirmation [Docket No. 765 – filed June 18, 2019]

    <u>Status</u>: The hearing on this matter will go forward.

O. United States Trustee's Objection to Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 819 – filed June 20, 2019]

    <u>Status</u>: The hearing on this matter will go forward.

<u>Related Documents</u>:

i. Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, (D) Approving the Manner and Forms of Notice and Other Related Documents, (E) Approving Notice and Procedures for the Assumption of Executory Contracts and Unexpired Leases, (F) Shortening Notice with Respect to Certain Plan-Related Deadlines; (G) Approving the Rights Offering Procedures, and (H) Granting Related Relief [Docket No. 441 – entered May 22, 2019]

ii. Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code – Solicitation Version [Docket No. 447 – filed May 23, 2019]

iii. Notice of Filing of Blackline of Disclosure Statement [Docket No. 448 – filed May 23, 2019]

iv. Notice of (A) Approval of Disclosure Statement, (B) Plan Confirmation Hearing and (C) Deadline to Object to Confirmation of Plan [Docket No. 449 – filed May 23, 2019]

v. Notice to Contract and Lease Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, (B) Proposed Assumption of Executory Contracts and Unexpired Leases, (C) Proposed Cure Amounts, and (D) Non-Voting Status [Docket No. 482 – filed May 30, 2019]

vi. Notice of Filing of Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 613 – filed June 10, 2019]

vii. Supplemental Notice of Possible Assumption of Executory Contracts and Unexpired Leases and Proposed Cure Amounts [Docket No. 614 – filed June 10, 2019]

viii. Letter Response to William Gray in Response to Plan Objection [Docket No. 748 – filed June 14, 2019]

ix. Letter Response to Randy D. Merritt in Response to Plan Objection [Docket No. 749 – filed June 14, 2019]

x. Notice of Filing of First Supplement to Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 754 – filed June 14, 2019]

xi. Notice of Filing of Second Supplement to Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 816 – filed June 19, 2019]

xii. Debtors' (A) Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation [Docket No. 818 – filed June 20, 2910]

xiii. Notice of Filing of Proposed Confirmation Order [Docket No. 820 – filed June 20, 2019]

xiv. Declaration of George F. Knight in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 821 – filed June 20, 2019]

xv. Declaration of Zul Jamal in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 822 – filed June 20, 2019]

Status: The confirmation hearing is going forward. The Debtors are working to resolve certain formal and informal objections to confirmation in advance of the hearing.

Dated: June 20, 2019
Wilmington, Delaware

/s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

- and -

RLF1 21424520v.2

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:        george.davis@lw.com
              andrew.parlen@lw.com
              hugh.murtagh@lw.com

- and –

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:        caroline.reckler@lw.com
              jason.gott@lw.com

*Attorneys for the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

12

RLF1 21424520v.2

1.  Informal comments from AIG

    Status: The informal comments have been resolved.

2.  Informal comments from Alliance Solutions Group of Oregon, LLC

    Status: The informal comments have been resolved.

3.  Informal comments from ARI Leasing

    Status: The informal comments have been resolved.

4.  Informal comments from ASK Chemicals

    Status: The Debtors are working to resolve the informal comments prior to the hearing. To the extent the Debtors are unable to resolve the informal comments prior to the hearing, the hearing on the informal comments will be continued to a date to be determined.

5.  Informal comments from Blackline

    Status: The informal comments have been resolved.

6.  Informal comments from CBRE, Inc.

    Status: The informal comments have been resolved.

7.  Informal comments from CF Industries

    Status: The informal comments have been resolved.

8.  Informal comments from Cigna

    Status: The informal comments have been resolved.

9.  Informal comments from Emerson Process Management, LLLP

    Status: The informal comments have been resolved.

10. Informal comments from Heniff Transportation a/k/a Miller Intermodal Services Inc. (d/b/a MILS, Inc.)

    Status: The informal comments have been resolved.

11. Informal comments from Hoover Ferguson

    Status: The Debtors are working to resolve the informal comments prior to the hearing. To the extent the Debtors are unable to resolve the informal comments prior to the hearing, the hearing on the informal comments will be continued to a date to be

    determined.

12.    Informal comments from Hugg and Hall Equipment Company

    <u>Status</u>: The informal comments have been resolved.

13.    Informal comments from Illinois Railway, LLC

    <u>Status</u>: The informal comments have been resolved.

14.    Informal comments from Johnson Matthey Formox AB

    <u>Status</u>: The informal comments have been resolved.

15.    Informal comments from Kinder Morgan Liquids Terminals, LLC

    <u>Status</u>: The informal comments have been resolved.

16.    Informal comments from Legacy Westlake and Legacy Axiall

    <u>Status</u>: The informal comments have been resolved.

17.    Informal comments from LG&E

    <u>Status</u>: The informal comments have been resolved.

18.    Informal comments from Mitsui & Co.

    <u>Status</u>: The Debtors are working to resolve the informal comments prior to the hearing. To the extent the Debtors are unable to resolve the informal comments prior to the hearing, the hearing on the informal comments will be continued to a date to be determined.

19.    Informal comments from Oates Industries

    <u>Status</u>: The Debtors are working to resolve the informal comments prior to the hearing. To the extent the Debtors are unable to resolve the informal comments prior to the hearing, the hearing on the informal comments will be continued to a date to be determined.

20.    Informal comments from Orthman Manufacturing (Bradford Capital)

    <u>Status</u>: The informal comments have been resolved.

21.    Informal comments from PVS Chloralkali

    <u>Status</u>: The Debtors are working to resolve the informal comments prior to the hearing. To the extent the Debtors are unable to resolve the informal comments prior to the hearing, the hearing on the informal comments will be continued to a date to be

RLF1 21424520v.2

    determined.

22.    Informal comments from Ramboll US Corporation

    <u>Status</u>: The informal comments have been resolved.

23.    Informal comments from SAP America Inc. & Concur Technologies, Inc.

    <u>Status</u>: The informal comments have been resolved.

24.    Informal comments from Shell

    <u>Status</u>: The informal comments have been resolved.

25.    Informal comments from Structurlam Mass Timber Corporation

    <u>Status</u>: The informal comments have been resolved.

26.    Informal comments from Synthomer PLC

    <u>Status</u>: The Debtors are working to resolve the informal comments prior to the hearing. To the extent the Debtors are unable to resolve the informal comments prior to the hearing, the hearing on the informal comments will be continued to a date to be determined.

27.    Informal comments from Texas Comptroller of Public Accounts

    <u>Status</u>: The informal comments have been resolved.

28.    Informal comments from Twin Eagle Resource Management

    <u>Status</u>: The informal comments have been resolved.

29.    Informal comments from Union Tank Car

    <u>Status</u>: The informal comments have been resolved.

30.    Informal comments from Verizon

    <u>Status</u>: The informal comments have been resolved.

31.    Informal comments from Wayne Transports Inc.

    <u>Status</u>: The informal comments have been resolved.