**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

**NOTICE OF FILING OF THIRD SUPPLEMENT TO
PLAN SUPPLEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF HEXION HOLDINGS LLC AND ITS DEBTOR AFFILIATES
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on June 10, 2019, the debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed at [Docket No. 613] (as may be modified, amended, or supplemented from time to time, including by this filing, the "**Plan Supplement**") certain of the documents comprising the Plan Supplement for the *Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 446] (as amended, supplemented, or modified, the "**Plan**").[2]  The Plan Supplement is incorporated into the Plan by reference and is a part of the Plan as if set forth in full therein and has not yet been approved by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that on June 14, 2019, the Debtors filed the *First Supplement to Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 754].

PLEASE TAKE FURTHER NOTICE that on June 19, 2019, the Debtors filed the *Second Supplement to Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of Hexion Holdings LLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 816].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on June 21, 2019, the Debtors filed the following documents, which constitute documents in the Plan Supplement:

- **Exhibit G(i).**  ABL Credit Agreement
- **Exhibit G(ii).** Term Loan Credit Agreement
- **Exhibit G(iii).** Notes Indenture

**PLEASE TAKE FURTHER NOTICE** that all the foregoing exhibits attached hereto supersede any prior version of such exhibit filed by the Debtors in all respects and that the Debtors reserve the right to further supplement the Plan and to modify, amend, or supplement any of the documents contained in the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER CONFIRMATION OF THE PLAN WILL BE HELD ON **JUNE 24, 2019 AT 10:00 A.M. (prevailing Eastern Time)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated:  June 21, 2019
         Wilmington, Delaware

/s/ Brendan J. Schlauch

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Fax:          (302) 651-7701
Email:        collins@rlf.com
              merchant@rlf.com
              steele@rlf.com
              schlauch@rlf.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:        george.davis@lw.com
              andrew.parlen@lw.com
              hugh.murtagh@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:        caroline.reckler@lw.com
              jason.gott@lw.com

*Attorneys for the Debtors and Debtors in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | x |                        |
| In re:                   | : | Chapter 11             |
|                          | : |                        |
| HEXION HOLDINGS LLC, et al.,[1] | : | Case No. 19-10684 (KG) |
|                          | : |                        |
| Debtors.                 | : | (Jointly Administered) |
|                          | x |                        |

**THIRD SUPPLEMENT TO PLAN SUPPLEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF HEXION HOLDINGS LLC AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**[Related to Docket Nos. 446, 613, 754, 816]**

### TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| G(i)    | ABL Credit Agreement |
| G(ii)   | Term Loan Credit Agreement |
| G(iii)  | Notes Indenture |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

RLF1 21451678v.1