**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 20-12522 (JTD) |
| Debtors.¹ | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 383, 1124, 1863 & 4220** |

**FOURTH SUPPLEMENTAL DECLARATION OF BRENDAN HAYES
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER, PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE
BANKRUPTCY CODE, AUTHORIZING THE RETENTION AND EMPLOYMENT
OF GUGGENHEIM SECURITIES, LLC AS INVESTMENT BANKER FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION, EFFECTIVE AS OF THE
PETITION DATE, AND MODIFYING CERTAIN TIME-KEEPING REQUIREMENTS**

I, Brendan Hayes, hereby state and declare as follows:

1. I am a Senior Managing Director at Guggenheim Securities, LLC ("Guggenheim Securities"), an investment banking and financial advisory firm with principal offices located at 330 Madison Avenue, New York, New York 10017, as well as at other locations worldwide.

2. I submit this declaration (this "Fourth Supplemental Declaration") in support of the application (the "Application")² of the debtors and debtors in possession in the above-captioned jointly administered chapter 11 cases (the "Debtors") for entry of an order approving the Debtors' retention and employment of Guggenheim Securities as their investment banker, effective as of the Petition Date, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code [Docket No. 383].

---

¹ A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

² Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Application and/or in the relevant Prior Declarations (as defined below), as the context requires.

3. Except as otherwise stated in this Fourth Supplemental Declaration, I have personal knowledge of or have relied upon the knowledge of others employed by Guggenheim Securities with respect to the matters set forth herein.[3] If called to testify, I could and would testify competently to the facts set forth herein.

4. In connection with the Application, I submitted an initial declaration (the "Initial Declaration") describing Guggenheim Securities' connections to the Debtors and other Potential Parties in Interest. The Initial Declaration was appended to the Application as **Exhibit B**. I also submitted a supplemental declaration in support of the Application on January 11, 2021 (the "First Supplemental Declaration") [Docket No. 1124], a second supplemental declaration in support of the Application on March 25, 2021 (the "Second Supplemental Declaration") [Docket No. 1863] and a third supplemental declaration in support of the Application dated June 25, 2021 (the "Third Supplemental Declaration" and, together with the First Supplemental Declaration and Second Supplemental Declaration, the "Prior Supplemental Declarations" and, the Prior Supplemental Declarations together with the Initial Declaration, collectively, the "Prior Declarations") [Docket No. 4220].

5. As set forth in the Prior Declarations, Guggenheim Securities previously researched certain of its internal databases to determine whether Guggenheim Securities had any connections with the entities identified by the Debtors as Potential Parties in Interest, and, accordingly, Guggenheim Securities identified such connections on the relevant schedules attached to the applicable Prior Declarations.

---

[3] Certain information set forth herein relates to matters (i) contained in Guggenheim Securities' books and records and (ii) within the knowledge of other Guggenheim Securities' employees, and is based on information provided by such employees.

6. The Debtors recently identified additional Potential Parties in Interest (the "Additional Potential Parties in Interest"), in respect of whom Guggenheim Securities similarly researched certain of its internal databases to determine whether Guggenheim Securities had any connections with the Additional Potential Parties in Interest. A list of the Additional Potential Parties in Interest is attached hereto as **Schedule 1**. To the extent that this inquiry has revealed that certain Additional Potential Parties in Interest (or certain of their affiliates or instrumentalities) were current or former investment banking clients of Guggenheim Securities, or current or former customers or repo counterparties of Guggenheim Securities' Sales and Trading Department, or vendors or insurers of Guggenheim Securities, and/or the subjects of statements, investment recommendations or research reports made or published by Guggenheim Securities' Equity Research Department, then these Additional Potential Parties in Interest (to the extent not previously identified in any of the Prior Declarations) have been identified on such list attached hereto as **Schedule 2**.

7. Furthermore, at the request of the U.S. Trustee, as indicated in the Prior Supplemental Declarations, Guggenheim Securities searched the Guggenheim Form 13F Report for the calendar quarter ended June 30, 2021 to determine whether such report includes securities of the Potential Parties in Interest identified as "Current and Former Major Secured Lenders" or "Top 50 Unsecured Creditors" on **Schedule A** attached to the Third Supplemental Declaration. To the extent that this inquiry has identified any such securities, the names of the relevant issuers are listed on **Schedule B** attached hereto.

8. The foregoing constitutes the supplemental statements of Guggenheim Securities pursuant to section 504 of the Bankruptcy Code, and Bankruptcy Rules 2014(a) and 5002.

[Remainder of page intentionally left blank]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: September 27, 2021                                        **GUGGENHEIM SECURITIES, LLC**

*/s/ Brendan Hayes*
Brendan Hayes
Senior Managing Director